UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ORRICK, HERRINGTON & SUTCLIFFE LLP, <br><br> Plaintiff, <br><br> v. <br><br> U.S. CUSTOMS AND BORDER PROTECTION, *et al.*, <br><br> Defendants. | Civil Action No. 20-1583 (KBJ) |

**JOINT STATUS REPORT**

Pursuant to the Court's June 1, 2021 Minute Order, Defendants, the U.S. Customs and Border Protection ("CBP") and U.S. Immigration and Customs Enforcement ("ICE"), and Orrick, Herrington & Sutcliffe LLP (hereinafter referred to as "Plaintiff," or together with Defendants, "Parties"), by and through undersigned counsel, respectfully submit this Joint Status Report to update the Court on the status of this case.

This case relates to Plaintiff's August 2019 Freedom of Information Act ("FOIA") requests to Defendants seeking various records, including statistics, related to minors in custody and/or family reunification. *See* ECF No. 1 ¶ 17; Ex. A (ECF No. 1-1).

With respect to the status of Plaintiff's FOIA request to ICE, Defendant ICE began productions of non-exempt, potentially responsive records on October 1, 2020, at a standard processing rate of 500 pages per month. ICE has continued to send interim productions of records on a monthly basis and most recently sent its 25th interim response to Plaintiff on January 25, 2023. ICE is continuing its review at an accelerated pace of 750 documents per month. ICE expects to complete its production in approximately 44 months, in or around November 2026.

4132-6345-0181.2

With respect to the status of Plaintiff's FOIA request to CBP, Defendant CBP began productions of non-exempt, potentially responsive records on October 20, 2020, at a standard processing rate of 500 pages per month. CBP has continued to produce records on a rolling basis and anticipates completing its review of documents in or around April 2023. Thereafter, CPB must process and review a video recording, and unredacted portions will be produced on a rolling basis.

Plaintiff is satisfied with Defendants' processing rates and is currently reviewing the produced records. The Parties will confer prior to the next status report on any issues arising from the records in hopes of settling this case without further litigation.

The Parties will continue to confer in an attempt to resolve any concerns and facilitate the expeditious resolution of this matter. The Parties respectfully request that they be allowed to file another joint status report on April 24, 2023, to update the Court on the status of the proceedings.

| | |
|---|---|
| Date: February 23, 2023 | Respectfully submitted, |
| /s/ Tiffany Rowe | MATTHEW M. GRAVES, D.C. Bar # 481052 |
| TIFFANY ROWE, D.C. Bar #1002218 | United States Attorney |
| trowe@orrick.com | |
| | BRIAN P. HUDAK, |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | Chief, Civil Division |
| Columbia Center | |
| 1152 15th Street NW | By:    /s/ John Moustakas |
| Washington, D.C. 20005-1706 | JOHN MOUSTAKAS, D.C. Bar # 442076 |
| Telephone: 202-339-8400 | Assistant United States Attorney |
| | Judiciary Center Building |
| RENE KATHAWALA (appearing *pro hac vice*) | 555 4th St., N.W. |
| rkathawala@orrick.com | Washington, D.C. 20530 |
| | (202) 252-2518 |
| 51 West 52nd Street | john.moustakas@usdoj.gov |
| New York, NY 10019-6142 | |
| Telephone: 212-506-5000 | *Counsel for Defendant* |
| | |
| *Counsel for Plaintiff* | |