UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ORRICK, HERRINGTON & SUTCLIFFE LLP,<br><br>        Plaintiff,<br><br>  v.<br><br>UNITED STATES CUSTOMS AND BORDER PROTECTION et al.,<br><br>        Defendants. | Civil Action No. 20-1583 (ACR) |

### NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please substitute the appearance of Assistant United States Attorney Brenda González Horowitz on behalf of Defendants for former Assistant United States Attorney John Moustakas.

Dated: February 2, 2024
       Washington, DC

                          Respectfully submitted,

                          By: */s/ Brenda González Horowitz*
                              BRENDA GONZÁLEZ HOROWITZ
                              Assistant United States Attorney
                              601 D Street, NW
                              Washington, DC 20530
                              (202) 252-2512

                            *Attorney for the United States of America*